JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE DORSETTE, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>TA OPERATING LLC, a Delaware limited liability company, dba TRAVELCENTERS OF AMERICA,<br><br>Defendant. | No.   ED CV 09-1350 PA (RZx)<br><br>JUDGMENT |

In accordance with the Court's July 26, 2010 order granting plaintiff Nicole Dorsette's motion for final approval of class action settlement and granting in part the application for attorney's fees, costs, an incentive award, and claims administration fees,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all of the claims in the Second Amended Complaint shall be dismissed with prejudice. Class counsel shall be awarded a total of $185,281.50 for attorney's fees and $5,627.62 for costs. Plaintiff shall receive an enhancement of $5,000.00 and Simpluris, Inc. shall receive a payment of $30,000.00 for services rendered in the administration of the parties' settlement.

DATED: July 28, 2010 _____
Percy Anderson
UNITED STATES DISTRICT JUDGE